**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000587
07-NOV-2012
11:33 AM**

NO. CAAP-12-0000587


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


JEFFREY R. GARMAN, Appellant-Appellant,
v.
TUNG CHAN, Commissioner of Securities,
Business Registration Division, Department of Commerce and
Consumer Affairs, State of Hawai‘i, Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-2193-09)


ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on June 14, 2012, Appellant-Appellant Jeffrey R. Garman (Appellant) filed a notice of appeal;

(2) the record on appeal was filed on August 7, 2012, and the appellate clerk informed Appellant that the statement of jurisdiction was due August 20, 2012 and the opening brief was due September 17, 2012;

(3) Appellant did not file either document;

(4) on October 10, 2012, the appellate clerk informed Appellant that:

(a) the time for filing the statement of jurisdiction and the opening brief expired;

(b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on October 20, 2012 for such action as the court deems proper; and

(c) the appeal may be dismissed; and

(5) thereafter, Appellant did not file the statement of jurisdiction and opening brief or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 7, 2012.

Presiding Judge

Associate Judge

Associate Judge